# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Gillmor, Helen | U.S. District Court | 06/20/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior U.S. District Judge | ☐ Nomination   Date <br> ☐ Initial   ✔ Annual   ☐ Final <br> **5b.** ✔ Amended Report | 01/01/2016 **to** 12/31/2016 |

**7. Chambers or Office Address**

300 Ala Moana Blvd
Room C-400
Honolulu, Hawaii 96850

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   Director | Hawaii Women's Legal Foundation |
| 2.   Director | Jon Van Dyke Institute |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

✔ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gillmor, Helen | 06/20/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

|  | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

|  | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 01-12/2016 | Pension from State of Hawaii 01/01/2016-12/31/2016) |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

|  | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gillmor, Helen | 06/20/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Gillmor, Helen** | 06/20/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA # 1 Charles Schwab | | | | | | | | | |
| 2. Apple Hosp Trust | A | Dividend | J | T | Buy | 08/17/16 | J | | |
| 3. | | | | | Buy (add'l) | 10/04/16 | J | | |
| 4. | | | | | Buy (add'l) | 10/26/16 | J | | |
| 5. Apollo Inv. | A | Dividend | J | T | Buy (add'l) | 07/11/16 | J | | |
| 6. Ares Dynamic Credit | A | Dividend | J | T | Buy | 11/11/16 | J | | |
| 7. | | | | | Buy (add'l) | 12/19/16 | J | | |
| 8. Chesapeake Energy | | None | J | T | Sold (part) | 08/15/16 | J | | |
| 9. Chicago Board of Exchange | A | Dividend | | | Buy | 09/26/16 | J | | |
| 10. | | | | | Buy (add'l) | 10/25/16 | J | | |
| 11. | | | | | Sold | 12/16/16 | J | B | |
| 12. Chico's Fashion | A | Dividend | | | Sold | 11/30/16 | J | | |
| 13. Cisco | A | Dividend | K | T | Buy | 02/23/16 | J | | |
| 14. | | | | | Buy (add'l) | 05/09/16 | J | | |
| 15. Coca Cola | A | Dividend | | | Sold | 02/29/16 | J | A | |
| 16. Compass Diversified | A | Dividend | | | Buy | 03/08/16 | J | | |
| 17. | | | | | Sold | 04/04/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Gillmor, Helen** | 06/20/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  Cohen & Steers REIT | A | Dividend | | | Sold | 06/28/16 | J | A | |
| 19.  Conoco Phillips | A | Dividend | J | T | | | | | |
| 20.  Diana Shipping | | None | J | T | | | | | |
| 21.  Duke Energy 5.125% | A | Interest | | | Sold | 04/11/16 | J | A | |
| 22.  Eagle Point Credit | A | Dividend | J | T | Buy | 12/14/16 | J | | |
| 23. | | | | | Buy (add'l) | 12/29/16 | J | | |
| 24.  Equity Commonwealth | | None | K | T | | | | | |
| 25.  Exxon Mobil | A | Dividend | | | Sold | 11/25/16 | J | A | |
| 26.  Ford Motor | A | Dividend | J | T | Buy | 08/02/16 | J | | |
| 27.  Freeport McMoran | | None | J | T | Sold (part) | 07/29/16 | J | | |
| 28. | | | | | Sold (part) | 11/18/16 | J | | |
| 29.  Frontier Com | A | Dividend | K | T | | | | | |
| 30. | | | | | Buy (add'l) | 08/22/16 | J | | |
| 31.  HCP Reit | A | Dividend | J | T | Buy | 06/23/16 | J | | |
| 32. | | | | | Buy (add'l) | 06/30/16 | J | | |
| 33.  Iron Mountain | A | Dividend | J | T | Buy | 10/28/16 | J | | |
| 34. | | | | | Buy (add'l) | 11/11/16 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gillmor, Helen | 06/20/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 12/16/16 | J | | |
| 36. Key Bank | A | Dividend | | | Buy | 02/29/16 | J | | |
| 37. | | | | | Sold | 11/25/16 | J | A | |
| 38. Kinder Morgan | A | Dividend | J | T | Buy | 01/06/16 | J | | |
| 39. | | | | | Buy (add'l) | 02/01/16 | J | | |
| 40. Motley Fool GT AM Fund | A | Dividend | J | T | Buy | 11/06/16 | J | | |
| 41. | | | | | Buy (add'l) | 02/22/16 | J | | |
| 42. | | | | | Sold | 06/21/16 | J | A | |
| 43. Natus | | None | J | T | Buy | 04/04/16 | J | | |
| 44. | | | | | Sold | 10/21/16 | J | A | |
| 45. | | | | | Buy | 12/16/16 | J | | |
| 46. Patterson Companies | A | Dividend | J | T | Buy | 02/29/16 | J | | |
| 47. Paypal Holdings | | None | | | Buy | 07/22/16 | J | | |
| 48. | | | | | Sold | 09/26/16 | J | A | |
| 49. Phillips 66 | A | Dividend | J | T | | | | | |
| 50. Plains All American | A | Dividend | J | T | Buy (add'l) | 02/01/16 | J | | |
| 51. | | | | | Sold | 07/26/16 | J | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| **Gillmor, Helen** | 06/20/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Prestige Brands | | None | | | Sold | 03/03/16 | J | B | |
| 53. SPDR Gold | | None | J | T | | | | | |
| 54. Seventy-Seven Energy (Y) | | | | | | | | | |
| 55. Select Income REIT | A | Dividend | K | T | | | | | |
| 56. Stanley Black and Decker 5.75% | A | Interest | | | Sold | 05/16/16 | J | A | |
| 57. Synchrony Financial | A | Dividend | J | T | Buy | 03/07/16 | J | | |
| 58. | | | | | Buy (add'l) | 06/14/16 | J | | |
| 59. | | | | | Sold (part) | 12/11/16 | J | A | |
| 60. Waste Management | A | Dividend | | | Sold | 02/22/16 | J | A | |
| 61. Wisdom Tree Financial | A | Dividend | J | T | Buy | 07/29/16 | J | | |
| 62. | | | | | Sold (part) | 12/16/16 | J | A | |
| 63. Baron Asset Fund | B | Distribution | K | T | | | | | |
| 64. Fidelity Canada Fund | A | Distribution | J | T | | | | | |
| 65. Gabelli Asset Fund | B | Distribution | L | T | | | | | |
| 66. Janus Research Fund | B | Distribution | L | T | | | | | |
| 67. Landus Intl Fund | A | Distribution | K | T | | | | | |
| 68. Quality Care Properties | | None | J | T | Spinoff (from line 31) | 10/31/16 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Gillmor, Helen** | 06/20/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Schwab Fin Svc | A | Distribution | J | T | | | | | |
| 70. Brokerage Money Market Fund | A | Distribution | J | T | | | | | |
| 71. Brokerage Account # 1, Charles Schwab | | | | | | | | | |
| 72. Money Market Fund | A | Distribution | J | T | | | | | |
| 73. Brokerage Account # 2, Charles Schwab | | | | | | | | | |
| 74. Scopia Partners | C | Distribution | N | T | | | | | |
| 75. IRA # 2, Charles Schwab | | | | | | | | | |
| 76. Advent Claymore ENHCD Fund | B | Dividend | J | T | | | | | |
| 77. | | | | | Buy (add'l) | 11/07/16 | J | | |
| 78. | | | | | Sold (part) | 12/16/16 | J | | |
| 79. Atlantic Power | | None | J | T | Sold (part) | 07/12/16 | J | | |
| 80. Blackrock Kelso | A | Dividend | J | T | Buy (add'l) | 07/07/16 | J | | |
| 81. | | | | | Buy (add'l) | 07/19/16 | J | | |
| 82. Cameco | A | Dividend | J | T | Buy | 07/05/16 | J | | |
| 83. | | | | | Buy (add'l) | 08/31/16 | J | | |
| 84. Chatham Lodging Trust | A | Dividend | J | T | Buy | 08/04/16 | J | | |
| 85. | | | | | Buy (add'l) | 09/21/16 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gillmor, Helen | 06/20/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 10/06/16 | J | | |
| 87. Cohen & Steers REIT | B | Dividend | | | Sold (part) | 03/31/16 | J | | |
| 88. | | | | | Sold (part) | 05/06/16 | J | | |
| 89. | | | | | Sold | 08/29/16 | J | A | |
| 90. Compass Diversified | A | Dividend | J | T | | | | | |
| 91. | | | | | Buy | 02/09/16 | J | | |
| 92. | | | | | Sold (part) | 10/21/16 | J | A | |
| 93. | | | | | Sold | 11/18/16 | J | A | |
| 94. | | | | | Buy | 12/08/16 | J | | |
| 95. | | | | | Buy (add'l) | 12/15/16 | J | | |
| 96. EcoPetrol | | None | J | T | | | | | |
| 97. Equity Commonwealth | | None | | | Sold (part) | 03/31/16 | J | A | |
| 98. | | | | | Sold (part) | 09/19/16 | J | A | |
| 99. | | | | | Sold | 10/12/16 | J | A | |
| 100. Frontier Communications | A | Dividend | J | T | Buy (add'l) | 07/11/16 | J | | |
| 101. | | | | | Buy (add'l) | 07/19/16 | J | | |
| 102. | | | | | Buy (add'l) | 08/03/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy (add'l) | 09/21/16 | J | | |
| 104. Ilumina | | None | J | T | Buy | 10/14/16 | J | | |
| 105. Invesco Corp | A | Dividend | J | T | Buy (add'l) | 04/04/16 | J | | |
| 106. | | | | | Buy (add'l) | 07/15/16 | J | | |
| 107. | | | | | Sold (part) | 09/23/16 | J | A | |
| 108. Ishares Silver Trust | | None | J | T | | | | | |
| 109. Natus | | None | J | T | Buy | 04/04/16 | J | | |
| 110. | | | | | Buy (add'l) | 04/05/16 | J | | |
| 111. | | | | | Buy (add'l) | 04/07/16 | J | | |
| 112. | | | | | Buy (add'l) | 05/02/16 | J | | |
| 113. | | | | | Sold | 07/18/16 | J | B | |
| 114. | | | | | Buy | 10/25/16 | J | | |
| 115. | | | | | Buy (add'l) | 12/02/16 | J | | |
| 116. | | | | | Buy (add'l) | 12/16/16 | J | | |
| 117. Prospect Capital | A | Dividend | J | T | Buy (add'l) | 04/04/16 | J | | |
| 118. | | | | | Buy (add'l) | 06/14/16 | J | | |
| 119. | | | | | Buy (add'l) | 07/20/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gillmor, Helen | 06/20/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Select Income REIT | A | Dividend | J | T | Sold (part) | 04/06/16 | J | | |
| 121. Toronto Dominion Bank | A | Dividend | | | Sold | 11/18/16 | J | A | |
| 122. Turkish Inv Fund | A | Dividend | J | T | Sold (part) | 04/05/16 | J | | |
| 123. Money Market Fund | A | Distribution | J | T | | | | | |
| 124. Brokerage Act. # 3, Charles Schwab | | | | | | | | | |
| 125. AT & T | A | Dividend | J | T | | | | | |
| 126. Bank of America | A | Dividend | J | T | | | | | |
| 127. Chatham Lodging Trust | A | Dividend | J | T | Buy | 11/03/16 | J | | |
| 128. Equity Commonwealth | | None | J | T | | | | | |
| 129. Frontier Com | A | Dividend | J | T | Buy | 11/11/16 | J | | |
| 130. Kinder Morgan | A | Dividend | J | T | Buy | 11/03/16 | J | | |
| 131. Paypal Holdings | | None | J | T | Buy | 11/03/16 | J | | |
| 132. Brokerage Money Market | A | Distribution | J | T | | | | | |
| 133. NON-MAR-FBO Trust # 1, Keybank | | | | | | | | | |
| 134. 3M | A | Dividend | | | Sold | 03/08/16 | J | | |
| 135. Abbott Labs | A | Dividend | J | T | | | | | |
| 136. Accenture PLC | A | Dividend | | | Sold | 02/29/16 | J | A | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| **Gillmor, Helen** | 06/20/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Albermarle | A | Dividend | | | Sold | 02/28/16 | J | A | |
| 138. Amazon | | None | | | Sold | 02/22/16 | J | C | |
| 139. Ameren | A | Dividend | | | Sold | 02/29/16 | J | A | |
| 140. Amgen Inc. | | None | J | T | | | | | |
| 141. Anadarko Pete | A | Dividend | | | Sold | 02/08/16 | J | B | |
| 142. Apple Corp | | None | | | Sold | 02/29/16 | J | A | |
| 143. AT&T | A | Dividend | | | Sold | 02/29/16 | J | A | |
| 144. Capitol One | A | Dividend | | | Sold | 03/08/16 | J | | |
| 145. Celgene | | None | J | T | | | | | |
| 146. Cincinati Fin Corp | A | Dividend | J | T | Sold (part) | 02/29/16 | J | A | |
| 147. CME Group | A | Dividend | | | Sold | 03/08/16 | J | | |
| 148. CMS Energy | A | Dividend | | | Sold (part) | 02/29/16 | J | A | |
| 149. | | | | | Sold | 10/26/16 | J | A | |
| 150. Comcast | A | Dividend | | | Sold | 02/29/16 | J | A | |
| 151. Conoco Phillips | A | Dividend | | | Sold | 02/22/16 | J | | |
| 152. CVS/Caremark | A | Dividend | J | T | | | | | |
| 153. Danaher Corp | A | Dividend | | | Sold | 02/29/16 | J | A | |

1. Income Gain Codes:     A =$1,000 or less     B =$1,001 - $2,500     C =$2,501 - $5,000     D =$5,001 - $15,000     E =$15,001 - $50,000
(See Columns B1 and D4)     F =$50,001 - $100,000     G =$100,001 - $1,000,000     H1 =$1,000,001 - $5,000,000     H2 =More than $5,000,000
2. Value Codes     J =$15,000 or less     K =$15,001 - $50,000     L =$50,001 - $100,000     M =$100,001 - $250,000
(See Columns C1 and D3)     N =$250,001 - $500,000     O =$500,001 - $1,000,000     P1 =$1,000,001 - $5,000,000     P2 =$5,000,001 - $25,000,000
    P3 =$25,000,001 - $50,000,000     P4 =More than $50,000,000
3. Value Method Codes     Q =Appraisal     R =Cost (Real Estate Only)     S =Assessment     T =Cash Market
(See Column C2)     U =Book Value     V =Other     W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Gillmor, Helen | 06/20/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Discover Fin | A | Dividend | | | Sold | 03/08/16 | J | | |
| 155. Dow Chemical | A | Dividend | | | Sold | 02/29/16 | J | A | |
| 156. Exxon Mobil | A | Dividend | K | T | | | | | |
| 157. General Mills | A | Dividend | | | Sold (part) | 02/22/16 | J | D | |
| 158. | | | | | Sold | 03/08/16 | J | D | |
| 159. Google, Inc | | None | | | Sold | 02/29/16 | J | A | |
| 160. Henry Schein, Inc. | A | Dividend | | | Sold (part) | 02/29/16 | J | A | |
| 161. | | | | | Sold | 10/26/16 | J | A | |
| 162. IBM | A | Dividend | | | Sold | 02/29/16 | J | A | |
| 163. Intel Corp | A | Dividend | J | T | Sold (part) | 02/29/16 | J | A | |
| 164. Johnson & Johnson | A | Dividend | | | Sold | 02/29/16 | J | A | |
| 165. JP Morgan | A | Dividend | J | T | Sold (part) | 02/29/16 | J | A | |
| 166. Lyondellbasel Ind | A | Dividend | | | Sold | 10/21/16 | J | A | |
| 167. Mastercard | A | Dividend | | | Sold | 02/29/16 | J | A | |
| 168. McKesson Corp | A | Dividend | | | Sold (part) | 02/29/16 | J | | |
| 169. | | | | | Sold | 03/08/16 | J | | |
| 170. MetLife | A | Dividend | | | Sold | 03/08/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Gillmor, Helen** | 06/20/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171.  Microsoft | A | Dividend | | | Sold | 02/29/16 | J | | |
| 172.  Morgan Stanley | A | Dividend | J | T | Sold (part) | 02/29/16 | J | A | |
| 173.  Nike | A | Dividend | | | Sold | 02/29/16 | J | A | |
| 174.  Oracle Corp | A | Dividend | J | T | | | | | |
| 175.  Pepsico | A | Dividend | | | Sold | 02/22/16 | J | D | |
| 176.  Phillips 66 | A | Dividend | | | Sold | 09/01/16 | J | | |
| 177.  Proctor and Gamble | A | Dividend | J | T | | | | | |
| 178.  Qualcom | A | Dividend | | | Sold | 03/08/16 | J | | |
| 179.  Republic Svc | A | Dividend | | | Sold | 02/29/16 | J | A | |
| 180.  Roper Tech | A | Dividend | | | Sold | 02/29/16 | J | A | |
| 181.  Sempra Energy | A | Dividend | | | Sold | 02/29/16 | J | A | |
| 182.  Starbucks Corp | A | Dividend | J | T | | | | | |
| 183.  Thermo Fisher | A | Dividend | | | Sold | 02/29/16 | J | A | |
| 184.  T. Rowe Price | A | Dividend | | | Sold | 10/26/16 | J | | |
| 185.  United Technologies | A | Dividend | | | Sold (part) | 02/29/16 | J | A | |
| 186. | | | | | Sold | 10/26/16 | J | A | |
| 187.  Verizon | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Gillmor, Helen** | 06/20/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Visa | A | Dividend | | | Sold | 02/22/16 | J | D | |
| 189. Walt Disney Co | A | Dividend | K | T | | | | | |
| 190. Wells Fargo | A | Dividend | | | Sold | 02/29/16 | J | A | |
| 191. Zion Bankshares | A | Dividend | | | Sold | 02/22/16 | J | A | |
| 192. America Beacon Brigeway | A | Dividend | J | T | Buy | 06/29/16 | J | | |
| 193. Harbor Intl Fund | C | Dividend | M | T | Sold (part) | 02/17/16 | M | | |
| 194. | | | | | Buy (add'l) | 06/29/16 | K | | |
| 195. Ishares Core S+P | A | Dividend | M | T | Buy | 02/08/16 | K | | |
| 196. | | | | | Buy (add'l) | 02/29/16 | L | | |
| 197. | | | | | Buy (add'l) | 07/01/16 | J | | |
| 198. Ishares Core MSCI | A | Dividend | J | T | Buy | 02/22/16 | M | | |
| 199. | | | | | Sold (part) | 06/28/16 | K | | |
| 200. | | | | | Sold (part) | 10/26/16 | J | A | |
| 201. Ishares Emerging Mkts | A | Distribution | | | Sold | 02/22/16 | K | | |
| 202. Ishares Small Cap | C | Dividend | K | T | | | | | |
| 203. Ishares Mid Cap | C | Distribution | M | T | Sold (part) | 10/26/16 | J | A | |
| 204. JP Morgan US Equity | A | Dividend | M | T | Buy | 02/25/16 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| **Gillmor, Helen** | 06/20/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Buy (add'l) | 10/27/16 | K | | |
| 206. Riverpark/Wedgewood Fund | A | Dividend | L | T | Buy | 03/04/16 | L | | |
| 207. Neuberger Berman Emerging Mkts | A | Dividend | J | T | Buy | 02/18/16 | K | | |
| 208. | | | | | Sold (part) | 10/21/16 | J | A | |
| 209. KT Short Term Fund | A | Distribution | J | T | Buy (add'l) | 03/31/16 | M | | |
| 210. Penobscot Trading Co Ltd., Honolulu HI | | None | J | U | | | | | |
| 211. Insurance Policies | | | | | | | | | |
| 212. New York Life -Whole Life Ins | B | Dividend | M | U | | | | | |
| 213. New York Life -Whole Life Ins | B | Dividend | L | U | | | | | |
| 214. MONY - Whole Life Ins | A | Dividend | J | U | | | | | |
| 215. Washington National Life-Whole Life Ins | | None | J | U | | | | | |
| 216. Keybank Account # 2 | | | | | | | | | |
| 217. 3M Corp | A | Dividend | | | Sold | 02/18/16 | J | A | |
| 218. Accenture | A | Dividend | | | Sold | 02/18/16 | J | A | |
| 219. Albermarle | A | Dividend | | | Sold | 02/03/16 | J | A | |
| 220. Amren Corp | A | Dividend | | | Sold | 02/18/16 | J | A | |
| 221. Apple Corp | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. AT&T | A | Dividend | | | Sold | 02/18/16 | J | A | |
| 223. Burlington Stores | A | Dividend | | | Sold | 02/18/16 | J | A | |
| 224. Camden National | A | Dividend | K | T | | | | | |
| 225. Celgene | | None | J | T | | | | | |
| 226. Chevron | A | Dividend | | | Sold | 02/03/16 | J | A | |
| 227. CME Group | A | Dividend | | | Sold | 02/18/16 | J | A | |
| 228. CMS Energy | A | Dividend | | | Sold | 02/18/16 | J | A | |
| 229. Comcast | A | Dividend | | | Sold | 02/18/16 | J | A | |
| 230. Conoco Phillips | A | Dividend | | | Sold | 02/18/16 | J | | |
| 231. Costco Wholesale | A | Dividend | J | T | | | | | |
| 232. CVS/Caremark | A | Dividend | J | T | | | | | |
| 233. Danaher Corp | A | Dividend | | | Sold | 02/18/16 | J | A | |
| 234. Diamondback Energy | A | Dividend | | | Sold | 02/18/16 | J | A | |
| 235. Dow Chemical | A | Dividend | | | Sold | 02/18/16 | J | A | |
| 236. EMC Corp | A | Dividend | | | Sold | 02/18/16 | J | A | |
| 237. Exxon Mobil | A | Dividend | J | T | | | | | |
| 238. Facebook | | None | | | Sold | 02/18/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gillmor, Helen | 06/20/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. General Mills | A | Dividend | | | Sold | 03/29/16 | J | C | |
| 240. General Motors | A | Dividend | | | Sold | 02/18/16 | J | A | |
| 241. Google (Alphabet) | | None | | | Sold | 02/18/16 | J | A | |
| 242. Home Depot | A | Dividend | | | Sold | 02/18/16 | J | A | |
| 243. Intel | A | Dividend | | | Sold | 02/18/16 | J | A | |
| 244. Intuit | A | Dividend | | | Sold | 02/18/16 | J | A | |
| 245. Johnson & Johnson | A | Dividend | | | Sold | 02/18/16 | J | A | |
| 246. Lowes Corp | A | Dividend | | | Sold | 04/18/16 | J | A | |
| 247. Lyonbasell Ind | A | Dividend | | | Sold | 02/18/16 | J | A | |
| 248. Mastercard | A | Dividend | | | Sold | 02/18/16 | J | | |
| 249. McDonalds | A | Dividend | | | Sold | 02/18/16 | J | A | |
| 250. Memorial Resources Dev | A | Dividend | | | Sold | 02/03/16 | J | | |
| 251. Microsoft | A | Dividend | | | Sold | 02/03/16 | J | A | |
| 252. Nextera Energy | A | Dividend | | | Sold | 02/03/16 | J | D | |
| 253. Nike | A | Dividend | | | Sold | 02/18/16 | J | A | |
| 254. Oracle | A | Dividend | | | Sold | 02/18/16 | J | B | |
| 255. Pepsico | A | Dividend | | | Sold (part) | 03/29/16 | J | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gillmor, Helen | 06/20/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐　　NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. | | | | | Sold | 11/07/16 | J | D | |
| 257. Pfizer | A | Dividend | | | Sold | 02/18/16 | J | | |
| 258. Phillips 66 | A | Dividend | | | Sold | 02/18/16 | J | A | |
| 259. Praxair | A | Dividend | | | Sold | 02/03/16 | J | D | |
| 260. Priceline | A | Dividend | | | Sold | 02/18/16 | J | A | |
| 261. Proctor & Gamble | A | Dividend | J | T | | | | | |
| 262. Qualcom, Inc. | A | Dividend | | | Sold | 02/18/16 | J | | |
| 263. Republic Svc | A | Dividend | | | Sold | 02/18/16 | J | A | |
| 264. Roper Tech | A | Dividend | | | Sold | 02/18/16 | J | A | |
| 265. Sempra Energy | A | Dividend | | | Sold | 02/18/16 | J | | |
| 266. Starbucks | A | Dividend | | | Sold | 02/18/16 | J | A | |
| 267. ThermoFisher | A | Dividend | | | Sold | 02/18/16 | J | A | |
| 268. Travelers Cos | A | Dividend | J | T | Sold (part) | 11/17/16 | J | B | |
| 269. United Technologies | A | Dividend | | | Sold | 02/28/16 | J | | |
| 270. United Health Group | A | Dividend | | | Sold (part) | 10/25/16 | J | D | |
| 271. | | | | | Sold | 11/07/16 | J | D | |
| 272. Verizon | A | Dividend | | | Sold | 10/25/16 | J | D | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Gillmor, Helen** | 06/20/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273.  Walt Disney Co (Y) | | | | | | | | | |
| 274.  Williams Cos | A | Dividend | | | Sold | 02/03/16 | J | | |
| 275.  Harbor Int'l Fund | C | Dividend | L | T | Sold (part) | 02/18/16 | K | | |
| 276.  I Shares CORE S&P | A | Dividend | L | T | Buy | 12/28/16 | J | | |
| 277.  I Shares Mid-Cap | B | Dividend | L | T | | | | | |
| 278.  I Shares Small-Cap | B | Dividend | L | T | | | | | |
| 279.  I Shares CORE MSCI EAFE | A | Dividend | K | T | Buy | 02/23/16 | L | | |
| 280.  I Shares CORE MSCI EMG MKTS | A | Dividend | K | T | Buy | 02/23/16 | K | | |
| 281.  JP Morgan Equity Fund | A | Dividend | L | T | Buy | 02/19/16 | L | | |
| 282. | | | | | Sold (part) | 12/29/16 | J | A | |
| 283.  Neuberger Berman Emrg Mkts | B | Dividend | | | Sold | 02/18/16 | K | | |
| 284.  Principle Mid Cap Fund | A | Dividend | | | Buy | 02/19/16 | J | | |
| 285. | | | | | Sold | 12/29/16 | J | B | |
| 286.  Federated Tax Free Obligations Fund | A | Interest | J | T | | | | | |
| 287. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gillmor, Helen | 06/20/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Gillmor, Helen | 06/20/2017 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Helen Gillmor**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544